**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

CENTRAL DISTRICT OF CALIFORNIA

Case number *(if known)* _____    Chapter    **11**

☐ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).
For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | | |
|---|---|---|---|
| 1. | Debtor's name | **Essential Living Foods, Inc.** | |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | | |
| 3. | Debtor's federal Employer Identification Number (EIN) | **20-1942680** | |
| 4. | Debtor's address | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | **21515 Hawthorne Blvd., Suite 200 Torrance, CA 90503-6501**<br>Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Los Angeles**<br>County | **Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |
| 5. | Debtor's website (URL) | | |
| 6. | Type of debtor | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br><br>☐ Partnership (excluding LLP)<br><br>☐ Other. Specify: _____ | |

Debtor   **Essential Living Foods, Inc.**                                          Case number (*if known*) _____
         Name

**7.**  **Describe debtor's business**   A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8.**  **Under which chapter of the Bankruptcy Code is the debtor filing?**   *Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply:*

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.**  **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

■ No.

☐ Yes.

If more than 2 cases, attach a separate list.

District _____   When _____   Case number _____

District _____   When _____   Case number _____

**10.**  **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No

☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____   Relationship _____

District _____   When _____   Case number, if known _____

Debtor    **Essential Living Foods, Inc.**

Name

Case number (*if known*) _____

---

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

██    **Statistical and administrative information**

**13. Debtor's estimation of available funds**    .    *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ■ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

| Debtor | **Essential Living Foods, Inc.** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

---

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **December  1, 2016**
MM / DD / YYYY

**X /s/ Kipp Stroden**
Signature of authorized representative of debtor

**Kipp Stroden**
Printed name

Title    **Chief Executive Officer**

---

**18. Signature of attorney**

**X /s/ Daniel J. Weintraub**
Signature of attorney for debtor

Date    **December  1, 2016**
MM / DD / YYYY

**Daniel J. Weintraub**
Printed name

**Weintraub & Selth, APC**
Firm name

**11766 Wilshire Boulevard
Suite 1170
Los Angeles, CA 90025**
Number, Street, City, State & ZIP Code

Contact phone    **(310) 207-1494**          Email address

**132111**
Bar number and State

---

**Fill in this information to identify the case:**

Debtor name    **Essential Living Foods, Inc.**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)    _____

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐    *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐    *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐    *Schedule H: Codebtors* (Official Form 206H)
☐    *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐    Amended *Schedule* _____
■    *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐    Other document that requires a declaration    _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **December 1, 2016**          X **/s/ Kipp Stroden**
                                           Signature of individual signing on behalf of debtor

                                           **Kipp Stroden**
                                           Printed name

                                           **Chief Executive Officer**
                                           Position or relationship to debtor

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Essential Living Foods, Inc.** |
| United States Bankruptcy Court for the: | **CENTRAL DISTRICT OF CALIFORNIA** |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Hecht Family Three, LLC** **1114 State Street** **Suite 310** **Santa Barbara, CA 93101** | | **2015 Convertible Note** | | | | **$500,000.00** |
| **Tradin Organics USA Inc.** **100 Enterprise way** **Suite B 101** **Scotts Valley, CA 95066** | | **Trade Debt** | | | | **$399,852.53** |
| **Gordon Biggar** **6050 SW 116 Street** **Miami, FL 33156** | | **Loan** | | | | **$289,541.94** |
| **Winkler Family Trust FBO Margaret H** **1114 State Street** **Suite 310** **Santa Barbara, CA 93101** | | **2014 Convertible Note** | | | | **$250,000.00** |
| **Margaret Hecht Trust** **1114 State Street** **Suite 310** **Santa Barbara, CA 93101** | | **2014 Convertible Note** | | | | **$250,000.00** |
| **Hecht Family Three, LLC** **1114 State Street** **Suite 310** **Santa Barbara, CA 93101** | | **2014 Convertible Note** | | | | **$250,000.00** |
| **Jill Reber** **704 Sansome St** **San Francisco, CA 94111** | | **2015 Convertible Note** | | | | **$250,000.00** |

| Debtor | **Essential Living Foods, Inc.** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Bank Of America P.O. Box 37176 San Francisco, CA 94137-0176** | | **Overdrawn checking account ending in 9433** | | | | **$211,013.54** |
| **Mother Jungle Herbs P.O. Box 892713 Temecula, CA 92589** | | **Trade Debt** | | | | **$209,278.77** |
| **CBD Packaging 2058 N. Mills Ave. #246 Claremont, CA 91711** | | **Trade Debt** | | | | **$204,880.76** |
| **ZZ Ventures, LLC 20 Ketchum St. Westport Innovation Westport, CT 06880** | | **2014 Convertible Note** | | | | **$150,000.00** |
| **Acosta- V P.O. Box 281996 Atlanta, GA 30384** | | **Trade Debt** | | | | **$116,297.59** |
| **ZZ Ventures, LLC 20 Ketchum St. Westport Innovation Westport, CT 06880** | | **2016 Convertible Note** | | | | **$100,000.00** |
| **Plan It Earth LLC 03/22/16 12 Executive Court Barrington, IL 60010** | | **2016 Convertible Note** | | | | **$100,000.00** |
| **Blaine and Valerie Lando 580 Para Grande Lane Santa Barbara, CA 93108** | | **2014 Convertible Note** | | | | **$100,000.00** |
| **David Mazess 63970 Tyler Rd Bend, OR 97701** | | **2014 Convertible Note** | | | | **$100,000.00** |
| **Ruth Gordon 523th Ave. PO Box 225 Lyons, CO 80540** | | **2015 Convertible Note** | | | | **$75,000.00** |
| **Robert Gordon 2401 Broadway Boulder, CO 80304** | | **2015 Convertible Note** | | | | **$75,000.00** |
| **Deborah Kay Dore 86611 Yellowstone Rd Longmont, CO 80503** | | **2015 Convertible Note** | | | | **$75,000.00** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor    **Essential Living Foods, Inc.**
_____    Case number *(if known)*    _____
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Pia Ingredients 2420 Industry St.,Ste. BOceanside, CA 92054** | | **Trade Debt** | | | | **$60,445.00** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

# United States Bankruptcy Court
## Central District of California

In re    **Essential Living Foods, Inc.**                                            Case No.
_____    Chapter    __11__
                          Debtor(s)

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Beon Holdings, Inc.**<br>**21515 Hawthorne Blvd #200**<br>**Torrance, CA 90503** | | | **100%** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Chief Executive Officer** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    **December  1, 2016**                  Signature    **/s/ Kipp Stroden**
_____                    _____
                                                        **Kipp Stroden**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# STATEMENT OF RELATED CASES
## INFORMATION REQUIRED BY LBR 1015-2
## UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1.  A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such of prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof.  If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

**None.**

2.  (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof.  If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

**None.**

3.  (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof.  If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

**None.**

4.  (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof.  If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

**N/A**

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at _____ , California.

Date:    **December  1, 2016**

**/s/ Kipp Stroden**
**Kipp Stroden**
Signature of Debtor

_____
Signature of Joint Debtor

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*                    *Page 1*          **F 1015-2.1.STMT.RELATED.CASES**

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **Daniel J. Weintraub**<br>**11766 Wilshire Boulevard**<br>**Suite 1170**<br>**Los Angeles, CA 90025**<br>**(310) 207-1494 Fax: (310) 442-0660**<br>California State Bar Number: 132111 | |

☐  *Debtor(s) appearing without an attorney*

■  *Attorney for Debtor*

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

In re:

**Essential Living Foods, Inc.**

CASE NO.:

CHAPTER: **11**

### VERIFICATION OF MASTER
### MAILING LIST OF CREDITORS

### [LBR 1007-1(a)]

Debtor(s).

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of __21__ sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date:  **December  1, 2016**

_____

**/s/ Kipp Stroden**

Signature of Debtor 1

Date:  _____

_____

Signature of Debtor 2 (joint debtor) ) (if applicable)

Date:  **December  1, 2016**

_____

**/s/ Daniel J. Weintraub**

Signature of Attorney for Debtor (if applicable)

---

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*                                                                        **F 1007-1.MAILING.LIST.VERIFICATION**

Essential Living Foods, Inc.
21515 Hawthorne Blvd., Suite 200
Torrance, CA 90503-6501


Daniel J. Weintraub
Weintraub & Selth, APC
11766 Wilshire Boulevard
Suite 1170
Los Angeles, CA 90025


A&I Pallets LLC
 9405 S. Alameda Street
Los Angeles, CA 90002


Abbott Blackstone
411 Cleveland St. #198
Clearwater, FL 33755


ABF Freight System, Inc.
8001 Telegraph Rd.
Pico Rivera, CA 90660


Abraham Marston
4347 Hillview Drive
Malibu, CA 90265


Acerchem
 International Building 6#
 CIFI Square, Danba  Road 28#
Shanghai, China DC 200062


Acosta- V
P.O. Box 281996
Atlanta, GA 30384

Aerotek Commercial Staffing
P.O. Box 198531
Atlanta, GA 30384


Albert Paper Products Co.
464 Coit Street Irvington
Irvington, NJ 07111


All Fill, Inc.
418 Creamery Way
Exton, PA 19341


Allstate Can
One Wood Hollow Rd
Parsippany, NJ 07054


Amin Talati, LLC
55 W. Monroe Street,
 Suite 3400
Chicago, IL 60603


Argo Logistics Group, LLC
PO Box 867
Capitola, CA 95010


Arion Global
2919 Tanager Ave.
Los Angeles, CA 90040


B Corporation
 8 Walnut Ave.
Berwyn, PA 19312

Bank Of America
P.O. Box 37176
San Francisco, CA 94137-0176


Bank Of America
P.O. Box 21848
Greensboro, NC 27420-1848


Banyan Botanicals
6705 Eagle Rock Ave.
Albuquerque, NM 87113


BDS Natural Products
2779 El Presidio Street
Long Beach, CA 90810


Bedemco
3 Barker Avenue
Suite 325
White Plains, NY 10601


BelaNature Organics
4012 S. River Road, Suite 5C
Saint George, UT 84790


Belmark, Inc
600 Heritage Rd.
De Pere, WI 54115


Belmark, Inc
PO Box 5310
De Pere, WI 54115

Beon Holdings, Inc.
21515 Hawthorne Blvd #200
Torrance, CA 90503


Big Tree Farms
#36 Jl. By Pass Ngurah Rai
Br Kertalangu Kesiman Denpasar
Timur 80237, Bali


Blaine and Valerie Lando
580 Para Grande Lane
Santa Barbara, CA 93108


Boman Forklift
 2636 E. South St.
Long Beach, CA 90805


C.H. Robinson Worldwide, Inc.
Attention: A/R Minnea
P.O. Box 9121
Minneapolis, MN 55480


Call & Jensen
610 Newport Center Drive,
Suite 700
Newport Beach, CA 92660


Candace Crawford
3230 Corinth Ave
Los Angeles, CA 90066


Cargomatic, Inc.
228 Main Street,
Unit 1
Venice, CA 90291

Casa De Mesquite
27520 Hawthorne Blvd.,
Suite 285
Palos Verdes Peninsula, CA 90274


Case Stack, Inc.
21515 Vanowen St
Canoga Park, CA 91303


Cater Green
 1917 1/2 Vestal Ave.
Los Angeles, CA 90026


CBD Packaging
2058 N. Mills Ave.
#246
Claremont, CA 91711


CCOF-Certification Services, LLC
2155 Delaware Avenue,
Suite 150
Santa Cruz, CA 95060


Chassman & Seelig LLP
11766 Wilshire Blvd.,
Los Angeles, CA 90025


Cintas
P.O. Box 631025
Cincinnati, OH 45263


CIT Finance, LLC
10201 Centurion Parkway North
Jacksonville, FL 32256

Clearfuze
11693 San Vicente Blvd.
Suite 395
Los Angeles, CA 90049


Club Demonstration  Services, Inc.
P.O. Box 894502
Los Angeles, CA 90189


CNA
915 WIlshire Blvd
Ste 1650
Los Angeles, CA 90017


Continental Colorcraft
1166 W. Garvey Avenue
Monterey Park, CA 91754


County of Los Angeles
Attn: Dept of Public Health
P.O. Box 54978
Los Angeles, CA 90054


County Of Los Angeles
Department Of Treasurer
225 N. Hill Street, Room 122
Los Angeles, CA 90051


Cowan Systems, LLC
4555 Hollins Ferry Road
Halethorpe, MD 21227


Culver City Treasurer
 P.O. Box 507
Culver City, CA 90232

Culver City Treasurer
 9770 Culver Blvd.
Culver City, CA 90232


David Mazess
63970 Tyler Rd
Bend, OR 97701


De Lage Landen
 PO Box 41602
Philadelphia, PA 19101


Deborah Kay Dore
86611 Yellowstone Rd
Longmont, CO 80503


Digital Dogma
13003 Los Nietos Rd.
Santa Fe Springs, CA 90670


Dixie Canner Company
PO Box 1348
Athens, GA 30603


Domino Amjet, Inc.
 3809 Collection Center Dr.
Chicago, IL 60693


DSW Distribution Centers, Inc.
P.O. Box 1269
Rancho Cucamonga, CA 91729

Earth Fare, Inc.
220 Continuum Drive
Fletcher, NC 28732


EchoAndino
Peru C. Calle Batallon Callao 602
Santiago de Surco, Lima 33 PERU


Employment Development Dept.
Bankruptcy Group MIC 92E
P.O. Box 826880
Sacramento, CA 94280-0001


Estes Forwarding Worldwide LLC
P.O. Box 26206
Richmond, VA 23260


Eurofins Analytical Laboratories
PO Box 2153,
 Dept 1839
Birmingham, AL 35287


Evolution Salt Co.
3310 W. Braker Ln.,
Suite 300-234
Austin, TX 78758


Exemplar Law Group LLC
10 Post Office Square
8th Floor
Boston, MA 02109


FedEx
P.O. Box 7221
Pasadena, CA 91109

First Fire Systems, Inc.
 5947 Burchard Ave.
Los Angeles, CA 90034


Foodarom USA Inc.
4343 Viewridge Ave,
Suite B
San Diego, CA 92123


Franchise Tax Board
Bankruptcy Section, MS: A-340
P.O. Box 2952
Sacramento, CA 95812-2952


Gale Supply Company
2414 Wellesley Avenue
Los Angeles, CA 90064


Ganeden
 5800 Landerbrook
 Drive Suite #300
Cleveland, OH 44124


Gerber Finance Inc.
488 Madison Ave.
FL 800
New York, NY 10022


Global Agricultural Trading
16661 Ventura Blvd
Suite 400J
Encino, CA 91436


Golden State Water Company
PO Box 9016
San Dimas, CA 91773

Gordon Biggar
6050 SW 116 Street
Miami, FL 33156


Gourmet Mushrooms
 PO Box 180
Sebastopol, CA 95473


Hecht Family Three, LLC
1114 State Street
Suite 310
Santa Barbara, CA 93101


Hemp Oil Canada
PO Box 300 225
Pembina Trail Ste
Agathe MB R0G1Y0 Canada


Hill Pharma, INC
 6 Madison Road,
Fairfield, NJ 07004


Hiller, PC
600 Madison Avenue
New York, NY 10022


Hugo Van Seenus
340 Kellog Street
Suite F
Goleta, CA 93117


Hugo Van Seenus
236 S. Montgomery St
Ojai, CA 93023

Hygiena
941 Avenida Acaso
Camarillo, CA 93012


Ingredients By Nature
 5555 Brooks St.
Montclair, CA 91763


Innovatical Laboratories, LLC
 5555 Brooks Street
Montclair, CA 91763


Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346


IntraLinks, Inc.
 PO Box 392134
Pittsburgh, PA 15251


Jackson Lewis P.C.
P.O. Box 416019
Boston, MA 02241


Jill Reber
704 Sansome St
San Francisco, CA 94111


Kesco Logistics, Inc.
20 East Sunrise Hwy,
 Suite# 308
Valley Stream, NY 11581

Kipp Stroden
171 Pier Ave #425
Santa Monica, CA 90405


Kreger and Garden Accounting Firm
100 Tamal Plaza
Suite 106
Corte Madera, CA 94925


Kyle Wofford POA,OBO Shrron Wofford
3256 Big Horn St.
Boulder, CO 80301


Landsberg Amcor
P.O. Box 101144
Pasadena, CA 91189


Los Angeles County Tax Collector
P.O. Box 54027
Los Angeles, CA 90054


Maranan Aerospace Solutions
 24641 Pinal Air Park
Marana, AZ 85653


Margaret Hecht Trust
1114 State Street
Suite 310
Santa Barbara, CA 93101


Master Logistics
 P.O. Box 535
La Puente, CA 91747

Materia Organica
706C E. Goode Street
Quitman, TX 75783


Michael  Besancon
 11731 Stillwater Creek Rd
Nevada City, CA 95959


Mirus Securities, Inc
 200 Wheeler Road,
 4th Floor
Burlington, MA 01803


Monterey Bay Spice Co.
 241 Walker Street
Watsonville, CA 95076


Mother Jungle Herbs
P.O. Box 892713
Temecula, CA 92589


Mountain Rose Herbs
 PO Box 50220
Eugene, OR 97405


Multiple Organics
200 Linus Pauling
Hercules, CA 94547


New Hope Natural Media
 24654 Network Place
Chicago, IL 60673

```
NP Nutra
15171 S. Figueroa
Gardena, CA 90248


Nuts.com
 125 Moen Street
Cranford, NJ 07016


Office Depot
P.O. Box 70025
Los Angeles, CA 90074


Ok International Corp.
 73 Bartlett Street
Marlborough, MA 01752


Pancake LLC
300 Brooks Bend
Princeton, NJ 08540


Paradigm Label
10258 Birtcher Drive
Mira Loma, CA 91752


Peco Pallet
2 Bridge Street
Suite 210
Irvington, NY 10533


Pensco Trust Company, LLC FBO N Cro
PO Box 173859
Denver, CO 80217
```

Penton Media, Inc./NPEW13
24654 Network Place
Chicago, IL 60673


Peruvian Heritage
Peru C. Av. Benavides 4562
Santiago de Surco, PERU


Pia Ingredients

2420 Industry St.,

Ste. B
Oceanside, CA 92054

Pickett Chen and Company, Inc.
9831 Irvine Center Drive,
Suite 200
Irvine, CA 92618


Pitney Bowes
P.O. Box 371896
Pittsburgh, PA 15250


Plan It Earth LLC 03/22/16
12 Executive Court
Barrington, IL 60010


Plus Pharm
2611 Commerce Way,
Suite A
Vista, CA 92081


Preferred Freezer Services of LB
 4901 Bandini Blvd.
Los Angeles, CA 90058

Price Self Storage
3430 South La Brea Ave.
Los Angeles, CA 90016


Primus Labs
 2810 Industrial Parkway
Santa Maria, CA 93455


Pure Green Corp.
 5458 Wilshire Blvd.
Los Angeles, CA 90036


RDV Products
22, Boulevard Heurteloup  37000
Tours, FRANCE


Regus


Rich Nature
9700 Harbour Place,
Mukilteo, WA 98275


RLC Funding A Division of Navitas
818 Highway A1A North, Suite 205
Ponte Vedra Beach, FL 32082


Robert Gordon
2401 Broadway
Boulder, CO 80304

Royal Summit Packaging
1101 Sylvan Ave
Suite A-1
Modesto, CA 95350


Runa 33 Flatbush Avenue
Suite #505
Brooklyn, NY 11217


Ruth Gordon
523th Ave.
PO Box 225
Lyons, CO 80540


Safer Air
1835 Newport Blvd.
 A109-283
Costa Mesa, CA 92627


Safety-Kleen
 2918 Worthen Ave
Los Angeles, CA 90039


Sambazon - Vendor
75 Remittance Drive
Dept. 6166
San Clemente, CA 92673


Santa Monica Express Inc.
 PO Box 7457
Santa Monica, CA 90406


Santa Monica Express Inc.
P.O. Box 7457
Santa Monica, CA 90406

Saxco International
Dept. #34538
 P.O. Box 39000
San Francisco, CA 94139


Scorpion Group LLC
101 California Street
Suite 1025
San Francisco, CA 94111


Sean Hecht
1114 State Street,
 Suite 310
Santa Barbara, CA 93101


Select Staffing
P.O. Box 512007
Los Angeles, CA 90051


Silliker
111 E. Wacker Dr.
Ste 2300
Chicago, IL 60601


Siosi
 San Marcos 102 A int 17 Col
Tlalpan Mexico City DF 14000 Mexico


SkillSet Group LLC
3631 S. Harbor Blvd.,
Ste. 130
Santa Ana, CA 92704


Southern California Edison
 P.O. Box 600
Rosemead, CA 91771

Southern California Graphics
8432 Stellar Drive
Culver City, CA 90232


Specialty Commodities
1530 47th Street
Fargo, ND 58102


Staples
P.O. Box 83689
Chicago, IL 60696


Starwest Botanicals Inc.
161 Main Ave.
Sacramento, CA 95838


Summit Funding Group
4680 Parkway Drive, Ste 300
Mason, OH 45040


Taste for Life
222 West Street
 Suite 49
Keene, NH 03431


Tenka Flexible Packaging
 5418 Schaefer Ave
Chino, CA 91710


Terra Organica, Inc.
1530 Cornwall Ave.
Bellingham, WA 98225

The Data Council
10475 Fortune Parkway,
 Suite 110
Jacksonville, FL 32256


The Industrial Fumigant Company
 P.O. Box 844290
Dallas, TX 75284


The Kentor Trust U/A DTD 9/18/2002
105 Bell Canyon Rd
West Hills, CA 91307


Tradin Organics USA Inc.
100 Enterprise way
Suite B 101
Scotts Valley, CA 95066


Transition Nutrition - V
20 Pamaron Way
Novato, CA 94949


Tripper, Inc.
C/O ACCOUNTING DEPARTMENT
 PO BOX 51440
Oxnard, CA 93031


ULINE
P.O. Box 88741
Chicago, IL 60680


Vered Private Equity LLC
101 California Street
Suite 1025
San Francisco, CA 94111

Vitacost.com
 840 Pilot Road
Las Vegas, NV 89119


Volt Management Corp
2401 N. Glassell St
Orange, CA 92865


Westwood Appliance, Inc.
2204 Pico Blvd.
Santa Monica, CA 90405


Westwood Appliance, Inc.
Santa Monica, CA 90405


Winkler Family Trust FBO Margaret H
1114 State Street
Suite 310
Santa Barbara, CA 93101


Zee Medical Inc.
P.O. Box 204683
Dallas, TX 75320


Zenith Insurance Company
21255 Califa St.
Woodland Hills, CA 91367


ZZ Ventures, LLC
20 Ketchum St. Westport Innovation
Westport, CT 06880

| Attorney or Party Name, Address, Telephone & FAX Nos., and State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **Daniel J. Weintraub**<br>**11766 Wilshire Boulevard**<br>**Suite 1170**<br>**Los Angeles, CA 90025**<br>**(310) 207-1494 Fax: (310) 442-0660**<br>California State Bar Number: **132111** | |
| ■ *Attorney for:* | |

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| In re:<br><br>      **Essential Living Foods, Inc.**<br><br>                                              Debtor(s),<br><br>                                              Plaintiff(s),<br><br><br><br><br><br>                                              Defendant(s). | CASE NO.:<br>ADVERSARY NO.:<br>CHAPTER:    **11**<br><br>## CORPORATE OWNERSHIP STATEMENT PURSUANT TO  FRBP 1007(a)(1) and 7007.1, and LBR 1007-4<br><br>[No hearing] |

*Pursuant to FRBP 1007(a)(1) and 7007.1, and LBR 1007-4, any corporation, other than a governmental unit, that is a debtor in a voluntary case or a party to an adversary proceeding or a contested matter shall file this Statement identifying all its parent corporations and listing any publicly held company, other than a governmental unit, that directly or indirectly own 10% or more of any class of the corporation's equity interest, or state that there are no entities to report. This Corporate Ownership Statement must be filed with the initial pleading filed by a corporate entity in a case or adversary proceeding. A supplemental statement must promptly be filed upon any change in circumstances that renders this Corporate Ownership Statement inaccurate.*

I,   ___**Daniel J. Weintraub 132111**_____ , the undersigned in the above-captioned case, hereby declare
           *(Print Name of Attorney or Declarant)*
under penalty of perjury under the laws of the United States of America that the following is true and correct:

_____
This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                                                              **F 1007-4.CORP.OWNERSHIP.STMT**

**[Check the appropriate boxes and, if applicable, provide the required information.]**

1.    I have personal knowledge of the matters set forth in this Statement because:

☐ I am the president or other officer or an authorized agent of the Debtor corporation

☐ I am a party to an adversary proceeding

☐ I am a party to a contested matter

■ I am the attorney for the Debtor corporation

2.a.    ■ The following entities, other than the debtor or a governmental unit, directly or indirectly own 10% or more of any class of the corporation's(s') equity interests:
    See Addendum

b.    ☐ There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

December  1, 2016
_____
Date

By:    /s/ Daniel J. Weintraub
    _____
    Signature of Debtor, or attorney for Debtor

Name:    Daniel J. Weintraub 132111
    _____
    Printed name of Debtor, or attorney for Debtor

_____
This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                                        F 1007-4.CORP.OWNERSHIP.STMT

## Addendum to Corporate Ownership Statement Pursuant to
## F.R.B.P. 1007(a)(1) and 7007.1, and Local Bankruptcy Rule 1002-5

**The following entities, other than the debtor or a governmental unit, directly or indirectly own 10% or more of any class of the corporation's(s') equity interests:**

Beon Holdings, Inc.
21515 Hawthorne Blvd #200
Torrance, CA 90503

_____
This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                                    **F 1007-4.CORP.OWNERSHIP.STMT**