Vedder Price (CA), LLP
Scott H. Olson, Bar No. 249956
solson@vedderprice.com
275 Battery Street, Suite 2464
San Francisco, California 94111
T: +1 415 749 9500
F: +1 415 749 9502

Attorneys for Creditor
GERBER FINANCE INC.

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>ESSENTIAL LIVING FOODS, INC.,<br><br>Debtor | Case No. 2:16-bk-25844-RK<br><br>Chapter 11<br><br>**DECLARATION OF WILLIAM W. THORSNESS IN SUPPORT OF GERBER FINANCE INC.'S OBJECTION TO USE OF ITS CASH COLLATERAL**<br><br>Date:  December 6, 2016<br>Time:  10:00 a.m.<br>Judge:  Robert N. Kwan |

I, William W. Thorsness, declare as follows:

1. I am a shareholder with the law firm of Vedder Price P.C., attorneys of record for secured creditor, Gerber Finance Inc. ("Gerber"). I, therefore, have personal and first-hand knowledge of each of the matters set forth herein, and, if called and sworn as a witness, I can and will testify competently thereto. I make this declaration in support of Gerber Finance Inc.'s Objection to Use of Its Cash Collateral (the "Objection").

VEDDER PRICE (CA), LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DECLARATION OF WILLIAM W.
THORSNESS ISO GERBER'S OBJECTION

SAN_FRANCISCO/#40637.1

2. A true and correct copy of the Loan and Security Agreement dated June 9, 2015 (without exhibits) is attached hereto as Exhibit A.

3. A true and correct copy of the Note dated June 9, 2015 is attached hereto as Exhibit B.

4. A true and correct copy of the Guaranties are attached hereto as Exhibit C.

5. A true and correct copy of the Forbearance Agreement dated July 11, 2016 is attached hereto as Exhibit D.

6. A true and correct copy of the UCC Financing Statement is attached hereto as Exhibit E.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 5th day of December, 2016, in Chicago, Illinois.

By: /s/William W. Thorsness
William W. Thorsness